417 A.2d 766

Commonwealth v. Flowers, Appellant.

Submitted December 8, 1978.   John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

417 A.2d 767

Commonwealth v. Fogelsonger, Appellant.

Submitted March 12, 1978.   Blake E. Martin, for appellant;  John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.